UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD L. SMITH, | ) | Case No. 2:08-cv-03625-FMC-PJW |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| JAMES WALKER, WARDEN, | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED the Petition is denied and this action is dismissed with prejudice.

DATED:   August 19, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE